EVELYN J. CHESTNUT, *ETC.*, PLAINTIFF-PETITIONER, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, *ETC.*, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. J. Schuyler Huff,* for the petitioner.

*Messrs. Hanlon, Argeris & Admur,* for the respondents.

September 20, 1966. Denied.

RUSSELL CHAMBERLAIN, PLAINTIFF-RESPONDENT, v. RONALD STURMA, DEFENDANT, AND NOREEN WARD, DEFENDANT-PETITIONER.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. H. Curtis Meanor,* for the petitioner.

*Messrs. Heuser & Heuser,* for the respondent.

September 20, 1966. Granted.

FRANK W. VOGEL, PLAINTIFF-PETITIONER, v. LYNCAR CORPORATION, DEFENDANT-RESPONDENT, AND ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF HOWELL, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Schaefer & Fitzgerald,* for the plaintiff-petitioner.

*Messrs. Stickel & Stickel, Mr. John H. Dorsey* and *Mr. Isaac Gross,* for the respondent.

September 20, 1966. Denied.